## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:                                                                 Case No. 09-68080
                                                                          Chapter 13
                                                                          Hon. McIvor

       Kirk Bigelow,
                              Debtor.
_____/
CHRISTOPHER E. FRANK (P67169)
THE LEDUC GROUP, PLLC
Attorney for Creditor
cfrank@theleducgroup.com
117 W. 4th St., Ste 201
Royal Oak, MI 48067
248-677-7445
_____/

### ORDER RESOLVING CHRISTIAN FINANCIAL CREDIT UNION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter has come before this Court upon the agreement of the parties in resolution of the Motion for Relief for Stay, and it appears to this Court that CHRISTIAN FINANCIAL CREDIT UNION holds a lien on the Debtor's 2006 Dodge Ram 1500. The Debtor hereby offers the provisions of this Stipulation in order to resolve Creditors motion as follows:

      IT IS HEREBY ORDERED In the event that debtor(s) fails(s) to make any future direct payments to Creditor, Creditor may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in direct payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Creditor may submit an Order of Lift of Stay to the Bankruptcy Court along with an affidavit attesting to a failure to make direct payments, and the stay shall be lifted without a further hearing, or notice.

IT IS FURTHER ORDERED that Christian Financial Credit Union may file an amended proof of claim for attorney fees and costs to be paid as a Class 5 claim through the Chapter 13 Plan in the amount of $450.00

Signed on 2/25/2010          /s/ Marci B. McIvor

                                                  U.S. Bankruptcy Judge